

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00766-CR

The **STATE** of Texas,
Appellant

v.

Gilberto **CERVANTEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10121CR
Honorable Spencer W. Brown, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 30, 2019.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court